IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INTERMOUNTAIN WIND & SOLAR, LLC, a Utah limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALL AMERICAN EXTERIORS, LLC, D/B/A/ MOUNTAIN STATES SOLAR,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Civil No. 2:16-cv-00411-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  All American Exteriors, LLC d/b/a Mountain States Solar (MSS) and its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participating with them ARE HEREBY IMMEDIATELY RESTRAINED AND PERMANENTLY ENJOINED except as allowed by the Settlement Agreement between the parties, from any and all use of the MSS's use of the marks "Mountain States Solar," "Mountain States Solar Power," and "Mountain States Solar and Roofing" (MSS Marks) and any confusingly similar marks in connection with goods or services related to the sale, design, promotion or installation of commercial or residential solar systems or solar products. This injunction shall preclude MSS and those in active concert or participation with it from use of the MSS Marks and any confusingly similar marks on products, stationery, business cards, invoices, signage, promotional and advertising materials, sales literature, websites and URL and similar promotional materials; and

2. The action is DISMISSED with prejudice.

The clerk is directed to close the case.

Signed June 12, 2017.

                BY THE COURT

                _____
                David Nuffer
                United States District Judge